No. 294. TEXARKANA v. ARKANSAS LOUISIANA GAS Co. March 27, 1939. The motion of petitioner to amend the decree herein of February 6, 1939, is granted.

Said decree is amended by adding at the end thereof the following paragraph, to wit:

"It is further ordered that the decree of the United States District Court for the Eastern District. of Texas, filed herein on July 31, 1937, be reversed in so far as it held that Section IX of the franchise was not applicable to the period prior to December 1, 1933."

No. 391. UNITED STATES v. JACOBS, EXECUTRIX. March 27, 1939. The motion to set aside the judgment is denied. *Ante*, p. 363.

No. 534. INGELS, DIRECTOR OF DEPARTMENT OF MOTOR VEHICLES, ET AL. v. PAUL GRAY, INC., ET AL. March 27, 1939. Frank W. Clark, present Director of the Department of Motor Vehicles of California substituted as a party appellant in the place and stead of Ray Ingels, resigned, on motion of *Mr. Everett W. Mattoon* for the appellees.

No. 688. BEARD v. SANFORD, WARDEN. March 28, 1939. Order denying petition for certiorari (*post*, p. 655.) withheld, conditioned on the filing of a petition for rehearing within ten days, on motion of *Mr. James F. Laughlin* for the petitioner.

No. —, original. EX PARTE PETER J. C. DONNELLY. April 3, 1939. Application denied.